

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, ET AL., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PROFESSIONAL PLUMBING & BACKFLOW, INC., )<br>)<br>)<br>Defendants. ) | Civil Action No. 1:07cv1140 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 7, 2008. Defendant has not filed any objections to the Report and Recommendation. Based on a <u>de novo</u> review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that the Plaintiffs Trustees of the Plumbers and Pipefitters National Pension Fund recover from Defendant $1,600.98 in liquidated damages for the months of February 2007 through July 2007 in Local No. 3 and for the months of February 2007 through June 2007 in Local No. 208, and $1,452.91 in interest at the rate of 12% per annum accrued from the date due through the date of payment. It is

FURTHER ORDERED that Plaintiffs Trustees of the International Training Fund should recover from Defendant $120.00 in liquidated damages for the months of February 2007 through June 2007 in Local No. 3 and for the months of February 2007 through June 2007 in Local No. 208, and $19.35 in interest at the rate of 12% per annum accrued from the date due through the date of payment. In addition, the Plaintiffs should recover from Defendant $1,730.00 in attorneys' fees and $656.29 in costs. It is

FURTHER ORDERED that the Defendant is enjoined from further violations of the terms of the benefit plan and the Defendant is required to submit timely reports and contributions to the Funds.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
July _11_, 2008